10358.   BELL, administrator, *v.* STATE LIFE INSURANCE COMPANY.

JENKINS, P. J.   In conformity with the rulings made in this case by the Supreme Court on a writ of certiorari (151 *Ga.* 57, 105 S. E. 846) the previous judgment of this court, affirming the judgment of the court below (24 *Ga. App.* 497, 101 S. E. 541) is vacated, and the judgment of the superior court, in directing a verdict for the defendant, is reversed.

*Judgment reversed. Stephens and Hill, JJ., concur.*

DECIDED FEBRUARY 24, 1921.

Action on insurance policy; from Fulton superior court — Judge Pendleton.   January 14, 1919.

*Smith, Hammond & Smith,* for plaintiff.

*W. Carroll Latimer,* for defendant.